

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| BILLY RAY FOSTER, JR., | § | No. 08-19-00168-CR |
| Appellant, | § | Appeal from the |
| v. | § | 350th District Court |
| THE STATE OF TEXAS, | § | of Taylor County, Texas |
| State. | § | (TC# 11665-D) |
|  | § |  |

**O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **October 13, 2019**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jacob Blizzard, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before October 13, 2019.

IT IS SO ORDERED this 12th day of September, 2019.

PER CURIAM